**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| NIGEL DEDIEECE CARTER, | : | No. 101 MM 2022 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COURT OF COMMON PLEAS CHESTER COUNTY, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

AND NOW, this 28th day of February, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Prohibition, the Application for Extraordinary Relief, and the Application for an Immediate Hearing are DENIED.